State of Oregon v. Ellis.

STATE OF OREGON, RESPONDENT, v. WILLIAM ELLIS, APPELLANT.

*Appeal from Clatsop County.*

FROM the judgment and sentence passed upon appellant, in the court below, on a verdict of guilty of an attempt to commit rape, he appealed to this court, and the notice of appeal contains no specification or assignment of error. Appellant moves the court to dismiss the appeal for that reason.

*Hill & Mulky*, for appellant.

*E. D. Shattuck*, for respondent.

WILSON, J.   The requisitions of the Code in reference to appeals in criminal, materially differ from those in regard to

civil causes. On the part of the state, the grounds for appeal are limited to two causes. Notices are to be served differently. No bond in appeal other than a bail bond is required. The effect of the appeal is changed in some respects. And the reasons for dismissal are limited, and nowhere does it require that the notice of appeal shall contain an assignment of errors. The Legislature evidently intended to provide all necessary regulations in appeals in criminal matters in the enactment of the Chapter XXIII of the Criminal Code; and when a party has complied with all necessary provisions found there, we think he has a right to be heard here. In order that certainty may be obtained in this class of cases, under the authority of the statutes, this court will order as a rule, that, after the appealed case is in this court, the appellant shall, if required by respondent, make and file here an assignment of the errors relied upon, within such time as the court may indicate. The motion is denied.